# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-0258-01-CR-W-FJG |
| Rosa Amanda Rivera, ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant's motion to suppress (Doc. #25), filed September 11, 2007, and the government's response (Doc. #29), filed September 27, 2007.

On October 25, 2007, United States Magistrate Judge Robert E. Larsen entered a report and recommendation (Doc. #33) which recommended denying the above-mentioned motion. Objections to Magistrate Larsen's report and recommendation were filed out of time (November 5, 2007) on November 13, 2007 (Doc. #34).

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress (Doc. #25), filed September 11, 2007, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference. It is further

ORDERED that defendant's motion to suppress (Doc. #25), filed September 11, 2007, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J. Gaitan, Jr.
United States District Judge

Dated: 11/19/07
Kansas City, Missouri